**FILED**

NOV 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICIA POLANCO; VINCENT POLANCO; SELENA POLANCO; GILBERT POLANCO, Deceased, <br><br>　　　　Plaintiffs-Appellees, <br><br>　v. <br><br>RALPH DIAZ; ESTATE OF ROBERT S. THARRATT; RONALD DAVIS, Warden; RONALD BROOMFIELD; CLARENCE CRYER; ALISON PACHYNSKI, MD; SHANNON GARRIGAN, MD, <br><br>　　　　Defendants-Appellants, <br><br>　and <br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; SAN QUENTIN STATE PRISON; LOUIE ESCOBELL, RN; MUHAMMAD FAROOQ, MD; KIRK A TORRES, MD, <br><br>　　　　Defendants. | No.　22-15496 <br><br>D.C. No. 3:21-cv-06516-CRB <br>Northern District of California, <br>San Francisco <br><br>ORDER |

Before:  FRIEDLAND and R. NELSON, Circuit Judges, and CARDONE,[*] District Judge.

---

　　　[*]　The Honorable Kathleen Cardone, United States District Judge for the Western District of Texas, sitting by designation.

Judge Friedland has voted to deny the petition for rehearing en banc, and Judge Cardone so recommends. Judge Nelson has voted to grant the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is DENIED.